PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Aleem Mallard                                      Cr.: 04-CR-00001-001

Name of Sentencing Judicial Officer: The Honorable John W. Bissell, Chief U.S.D.J.

Date of Original Sentence: 01/24/05

Original Offense: Possession of Counterfeit Reserve Notes

Original Sentence: Twenty-four(24) months custody

Type of Supervision: Supervised Release                Date Supervision Commenced: 01/22/07

Assistant U.S. Attorney: Thomas Calcagni                Defense Attorney: Linwood Jones

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | The offender has violated the supervision condition which states '**You shall not commit another federal, state, or local crime.**' |
| | On April 17, 2007, the offender was arrested by the Jersey City Police Department, and charged with the law violations of possession of a weapon(handgun) for an unlawful purpose, being a certain person not to have a weapon, possession of a weapon(handgun), resisting arrest, receiving stolen property, and robbery. |
| 2. | The offender has violated the supervision condition which states '**The defendant shall not possess a firearm or destructive device. Probation must be revoked for possession of a firearm.**' |
| | The offender possessed a firearm(handgun) on April 17, 2007, as evidenced by his Jersey City Police Department arrest whereby he was charged with the law violations of possession of a firearm for unlawful purposes(handgun), unlawful possession of a weapon(handgun), and being a certain person not to have a weapon. |

PROB 12C - Page 2
Aleem Mallard

I declare under penalty of perjury that the foregoing is true and correct.

By: Kevin J. Mullens
U.S. Probation Officer
Date: 12/07/07

THE COURT ORDERS:

[X] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

12/26/07
Date

Dennis M. Cavanaugh
U.S. District Judge